FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2016 FEB 29  AM 11: 01

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

|  |  |
|---|---|
| TIFFANY GITHENS, | ) Case No.: |
| Plaintiff, | ) 3: 16 CV 193-J-85 PDB |
| vs. | ) |
| NPAS SOLUTIONS, LLC, | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, TIFFANY GITHENS ("Plaintiff"), by and through undersigned counsel, hereby sues Defendant, NPAS SOLUTIONS, LLC ("Defendant") and states as follows:

### JURSIDICTION AND VENUE

1.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331.

2.      Venue is proper in this district under 28 U.S.C §1391(b).

### PARTIES

3.      Plaintiff is a natural person, who at all relevant times has resided in Orange Park, Florida, and is a "consumer" as used and defined under 15 U.S.C. §1692(a) of the FDCPA.

4.      Defendant, NPAS SOLUTIONS, LLC, is a debt collector within the meaning of the FDCPA because it uses the mails in a business that regularly collects and attempts to collect debts owed or due to another. Defendant has a principal place of business located at 1 Park Plaza, Nashville, Tennessee 37203.

5.     Defendant is a "debt collector" as the phrase is defined under 15 U.S.C. §1692(a) of the FDCPA.

## FACTUAL ALLEGATIONS

6.     Upon information and belief, on a date better known by Defendant, Defendant began to attempt to collect an alleged consumer debt from Plaintiff owed to Orange Park Medical Center.

7.     The alleged debt arises from transactions for personal, family and household purposes.

8.     Within the last year immediately preceding the filing of this Complaint, Defendant attempted to contact Plaintiff on multiple occasions via telephone and left voicemail messages in an attempt to collect the alleged obligation ("Voicemails").

9.     These Voicemails were left by a prerecorded or artificial voice.

10.     One such voicemail message that was left on May 29, 2015 ("Message") stated as follows:

> We are calling from NPAS Solutions on behalf of Orange Park Medical Center please return our call 866-258-1104 Monday through Friday, during normal business hours. Thank you.

11.     At the time Plaintiff received said Message, she did not know that the call concerned the collection of a debt.

12.     Each of the Voicemails and the Message is a "communication" as defined by 15 U.S.C. §1692a(2).

13.     Each of the Voicemails uniformly failed to identify the callers as debt collectors attempting to collect a debt.

14.     Upon information and belief, it is the regular practice of Defendant to leave messages to be conveyed to "consumers" that do not meaningfully identify themselves as a debt collector.

### COUNT I
### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. §1692(e)(11)

15.     Plaintiff repeats the allegations contained in paragraphs 1 through 14 and incorporates them as if set forth at length herein.

16.     Plaintiff received a series of Voicemails from Defendant in an attempt to collect on an alleged debt.

17.     In each of the Voicemails left for Plaintiff, Defendant's representative failed to disclose that the communication was from a debt collector.

18.     Defendant's failure to notify Plaintiff that the phone call was from a debt collector violates 15 U.S.C. §1692(e)(11), which states in pertinent part that it is a violation to fail to disclose in the initial communication that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose and to fail to disclose in each subsequent communication that the communication is from a debt collector.

WHEREFORE, Plaintiff, TIFFNY GITHENS, respectfully requests that this Court enter judgment against Defendant, and on behalf of Plaintiff, and requests the following:

a.     That an Order be entered declaring Defendant's actions, as described above, are in violation of the FDCPA;

b.     That a Judgment be entered against Defendant for actual damages, pursuant to 15 U.S.C. §1692k(a)(1);

c.     That a Judgment be entered against Defendant for statutory damages, pursuant to 15 U.S.C. §1692k(a)(2)(A) and (B), in the amount of $1,000.00;

d.      That this Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. §1692k (a)(3); and

e.      That this Court grant such other and further relief as may be just and proper.

### COUNT II
### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. §1692d(6)

19.     Plaintiff repeats the allegations contained in paragraphs 1 through 14 and incorporates them as if set forth at length herein.

20.     Plaintiff received a series of Voicemails from Defendant in an attempt to collect on an alleged debt.

21.     Defendant's Voicemails to Plaintiff without identifying the nature of its business violates 15 U.S.C. §1692d(6), which prohibits the placement of telephone calls without meaningful disclosure of identity.

        WHEREFORE, Plaintiff, TIFFANY GITHENS, respectfully requests that this Court enter judgment against Defendant, and on behalf of Plaintiff, and requests the following:

a.      That an Order be entered declaring Defendant's actions, as described above, in violation of the FDCPA;

b.      That a Judgment be entered against Defendant for actual damages, pursuant to 15 U.S.C. §1692k(a)(1);

c.      That a Judgment be entered against Defendant for statutory damages, pursuant to 15 U.S.C. §1692k(a)(2)(A) and (B), in the amount of $1,000.00;

d.      That this Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. §1692k (a)(3); and

e.      That this Court grant such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

22.     Plaintiff demands a jury trial on all issues so triable.

Dated this 24th day of February 2016:

Respectfully Submitted,

Jason S. Weiss
Florida Bar No. 356890
Weiss Law Group, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
(T) 954-573-2800
(F) 954-573-2798
(E) Jason@jswlawyer.com
Attorney for Plaintiff

Of Counsel to the Firm:
Law Offices of Michael Lupolover
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
(T) 201-461-0059
(F) 201-608-7116